Mark S. Spring, State Bar No. 155114
Jane Harrington, State Bar No. 252109
CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: mspring@cdflaborlaw.com
           jharrington@cdflaborlaw.com

Attorneys for Defendants
FEDEX FREIGHT, INC. and FEDEX CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN BROWN, ROBERT CHAKRIN, KENNETH DAMON VAN METER, WALTER WILLIAMS, and MATIAS C. ZAVALA,<br><br>           Plaintiffs,<br>    v.<br><br>FEDEX FREIGHT, INC., an Arkansas corporation;<br>FEDEX CORPORATION, a Delaware corporation; and,<br>DOES 1 through 20, Inclusive,<br><br>           Defendants. | Case No. 2:10-cv-02493-FCD-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26 STATUS CONFERENCE AND FOR EXCHANGE OF INITIAL DISCLOSURES**<br><br>STATUS CONFERENCE STATEMENT DUE<br>Date: November 15, 2010<br><br>[PROPOSED] CONTINUED DATE<br>Date: December 15, 2010 |

## STIPULATION

The Parties hereby stipulate to an extension of time for the filing of the Joint Status Conference Statement and for exchange of Initial Disclosures pursuant to Rule 26.

The Joint Status Conference Statement is currently due November 15, 2010. The Parties set their meeting for the purposes of preparing the Joint Status Conference Statement for November 3, 2010.

However, a substitution of counsel for Defendants in this case was filed on October 25, 2010. Previous counsel for Defendants at Gordon & Rees left private practice.

Mark Spring, new lead counsel for Defendants, was scheduled to begin a one-month jury trial October 26, 2010 in Department 39 in Sacramento County Superior Court. Jane Harrington,

399134.1

1  also counsel for Defendants, was previously scheduled to be out of state November 1-7, 2010, and
2  thus also unavailable to meet on November 3, 2010.  Counsel just received the voluminous case file
3  on October 26, 2010 and has not had time to adequately review the case to determine the issues that
4  need to be addressed at the Initial Case Management Conference.
5      For these reasons, the Parties have conferred and stipulated to extending the time by four
6  weeks for the filing of the Joint Status Conference Statement and exchange of Initial Disclosures.
7  The Parties stipulate that the last date for filing of the Joint Status Conference Statement and for the
8  exchange of Initial Disclosures be continued to December 15, 2010.

    IT IS SO STIPULATED.

Dated:  October _____, 2010        CARLTON DiSANTE & FREUDENBERGER LLP


                                    By:  /s/_____
                                              Jane Harrington
                                    Attorneys for Defendant
                                    FEDEX FREIGHT, INC.
                                    FEDEX CORPORATION


Dated:  October _____, 2010        LINDA J. SLOVAN
                                    ATTORNEY AT LAW


                                    By:  /s/_____
                                              Linda J. Sloven
                                    Attorneys for Plaintiffs
                                    ALVIN BROWN
                                    ROBERT CHAKRIN
                                    KENNETH DAMON VAN METER
                                    WALTER WILLIAMS
                                    MATIAS C. ZAVALA


IT IS SO ORDERED:

Dated:  October 28, 2010           _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

399134.1