1  RODERICK P. BUSHNELL (46583)
   BUSHNELL, CAPLAN & FIELDING, LLP
2  900 Kearny Street, Suite 299
   San Francisco, California  94133
3  Telephone:  (415) 217-3800
   Facsimile:  (415) 217-3820
4  rbushnell@sprynet.com

5  LINDA J. SLOVEN (96263)
   ATTORNEY AT LAW
6  216-A Main Street
   Nevada City, CA 95959
7  Telephone:  (530) 478-0150
   Facsimile:  (530) 478-0157
8  slovenlaw@neteze.com

9  Attorneys for Plaintiffs
   ALVIN BROWN
10 ROBERT CHAKRIN
   KENNETH DAMON VAN METER
11 WALTER WILLIAMS
   MATIAS C. ZAVALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN BROWN, ROBERT CHAKRIN, KENNETH DAMON VAN METER, WALTER WILLIAMS and MATIAS C. ZAVALA,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDEX FREIGHT, INC., an Arkansas corporation, FEDEX CORPORATION, a Delaware corporation; and, DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:10-CV-02493-FCD-JFM (temp)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

1     PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure,

2 Rule 41(a)(2), and the Notice of Settlement filed by the Plaintiffs in the above-entitled matter,

3     IT IS HEREBY ORDERED that the above-entitled matter is dismissed in its entirety,

4 with prejudice.

6 DATED: August 31, 2011

                                      _____

7                                       FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE